IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **15-cv-00154-AP**

**MARGURET FERN BOE,**

Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

Defendant.

---

## ORDER FOR JUDGMENT AND REMAND

---

Kane, J.

Defendant's Unopposed Motion for Remand (Doc. 15), seeking entry of judgment

and a remand for further administrative proceedings under sentence four of 42 U.S.C. §

405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case

**REMANDED** for further administrative proceedings pursuant to sentence four of 42

U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R.

Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v.*

*Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  June 29, 2015.

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT COURT JUDGE