# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Judge John L. Kane

Civil Action No. 15-cv-00154-JLK-AP

MARGURET FERN BOE,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of the Social Security Administration,

    Defendant.

___

# ORDER
___

Kane, J.

    Based upon the Stipulation for the Award of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. 18), filed by Defendant's attorney,

    IT IS ORDERED that the Stipulated Motion (Doc.18) is GRANTED and that fees and expenses in the amount of $6,250.00 as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

    Dated July 24, 2015.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE